MARTIN REED, Respondent, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

*(Argued December 12, 1890; decided December 19, 1890.)*

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an

order made April 17, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Edmund B. Wynn* for appellant.

*W. F. Porter* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____